IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01145-AP

CRYSTAL E. A. TREJO,
      Plaintiff,

v.

CAROLY W. COLVIN,
Acting Commissioner of Social Security
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Christina Valerio
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-7348
303-844-0770 (facsimile)
Christina.valerio@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed**: 4/30/13

    B.    **Date Complaint Was Served on U.S. Attorney's Office**: 7/5/13

    C.    **Date Answer and Administrative Record Were Filed**: 8/29/13

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other

matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due**: 10/28/13

    B.    **Defendant's Response Brief Due**: 11/27/13

    C.    **Plaintiff's Reply Brief (If Any) Due**: 12/12/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 18th day of September, 2013.

                                                     BY THE COURT:

                                                     *s/John L. Kane*
                                                     U.S. DISTRICT COURT JUDGE

APPROVED:

                                        John F. Walsh
                                        United States Attorney

s/ Michael W. Seckar                          **By:** s/ *Christina Valerio*
402 W. 12th Street                               Special Assistant U.S. Attorney
Pueblo, CO 81003                             1961 Stout Street, Suite 4169
719-573-8636                                     Denver, CO 80294-4003
719-543-8403 (facsimile)                 303-844-7348
seckarlaw@mindspring.com             303-844-0770 (facsimile)
                                                   Christina.valerio@ssa.gov
                                                   Attorneys for Defendant

Attorney for Plaintiff