IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01145-AP

CRYSTAL A. TREJO,

    Plaintiff,

    v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

___

### ORDER
___

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #19), filed January 15, 2014, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: January 15, 2014.

                         BY THE COURT:

                         *s/John L. Kane*_____
                         JOHN L. KANE, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT$