IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01145-AP

CRYSTAL E. A. TREJO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER entered by the Honorable Judge John L. Kane, on January 15, 2014, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

The plaintiff is **AWARDED** his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a bill of costs within 14 days of entry of judgment.

DATED at Denver, Colorado this 16th day of January, 2014.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk

                By: s/ Megan Fields
                    Megan Fields, Deputy Clerk